IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.  Please identify the court from which the case is being removed; the case number; and the complete style of the case.

250th District Court, Travis County, Texas;
Case No. D-1-GN-20-004243;
Hill Country Utilities, L.L.C. v. AmeriGas Propane, L.P.

2.  Was jury demand made in State Court?    ☒ Yes    ☐ No

If yes, by which party and on what date?

Plaintiff Hill Country Utilities, L.L.C.         08/17/2020
Party Name                                        Date

**STATE COURT INFORMATION**:

1.  List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff Hill Country Utilities, L.L.C. - Counsel: Ryan M. Schaper, Schaper Law Firm, PLLC, 470 Orleans, Ste. 940, Beaumont, Texas 77701; Tel: (409) 833-3000; Fax: (409) 833-3002.

Defendant AmeriGas Propane, L.P. - Counsel: Ethan G. Gibson, Fulkerson Lotz LLP, 4511 Yoakum Blvd., Ste. 200, Houston, Texas 77006; Tel: (713) 654-5800; Fax: (713) 654-5801.

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

None.

**VERIFICATION**:

_[signature]_                                                  09/17/2020

Attorney for Removing Party                     Date

Defendant AmeriGas Propane, L.P.
Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: