IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HILL COUNTRY UTILITIES, L.L.C. | § § | |
| v. | § § | CIVIL CASE NO: 1:20-CV-959-LY |
| MICHELLE AMERIGAS PROPANE, L.P. | § § | |

ORDER

This case was Removed to this court on September 16, 2020 From the 250th Judicial District Court of Travis County, Texas. Prior to removal, attorney Ryan M. Schaper made an appearance in the case as counsel for Hill Country Utilities, L.L.C.. Ryan M. Schaper is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Ryan M. Schaper is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this 17th day of September, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE