UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HILL COUNTRY UTILITIES, L.L.C., *Plaintiff* § § § § | |
| | No. A-20-CV-00959-LY |
| v. § § | |
| AMERIGAS PROPANE, L.P., *Defendant* § § | |

### ORDER

Before the Court are Plaintiff Hill Country Utilities, LLC's Motion to Compel Discovery Responses, Dkt. 30, and Defendant Amerigas Propane's Motion to Compel Discovery Responses, Dkt. 31. The District Court referred the motions for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motions, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each party's motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Wednesday, February 23, 2022.** The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue.

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned on **Thursday, February 24, 2022, at**

1

**2:00 p.m.** The hearing will last no more than 1 hour with each side afforded 30 minutes to make its arguments.

The parties are advised and hereby placed on notice that the undersigned may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

SIGNED February 15, 2022.

DUSTIN M. HOWELL  
UNITED STATES MAGISTRATGE JUDGE