# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| HILL COUNTRY UTILITIES, L.L.C., | § § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | NO. 1:20-CV-00959-LY |
| AMERIGAS PROPANE, L.P., | | |
| Defendant. | | |

## ORDER

Before the Court are Plaintiff's Motion to Compel Discovery Responses, Dkt. 30, Defendant's Motion to Compel Discovery Responses, Dkt. 31, and associated responses and replies. At the Court's direction, the parties filed Joint Advisory setting out the results of conferences they held in advance of the hearing on their motions. Dkt. 40. That advisory noted that of the disputes identified in both motions, all but one of the subjects of Plaintiff's motion had been resolved, while all of the matters addressed in Defendant's motion awaited the Court's resolution. Dkt. 68, at 2-3. The Court held a hearing on the motions on February 24, 2022.

For the reasons stated on the record in that hearing, the Court hereby **GRANTS** both parties' motions (not including the matters resolved, as identified in the parties' joint advisory), and overrules the objections stated in those disputed requests (with one exception noted below). During the hearing, both parties confirmed on the record that they understood the scope of the Court's order and did

not require further clarity on what was needed to comply. The Court does, however, set out the following particular terms: (1) both parties are directed to comply with their respective responsibilities under the order within 30 days of today's date; and (2) regarding Defendant's objections to Plaintiff's RFPs 21 and 22, the Court sustains Defendant's objection to the geographic scope of the requests, to the extent they seek records from the entire State of Texas and instead orders Defendant to produce the requested records from properties found within a 100-mile radius of the development at issue in this case.

**IT IS SO ORDERED.**

Signed February 24, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE